# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV- 416 |
| | § | |
| 11.1 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND THE CITY OF RIO | § | |
| GRANDE CITY, TEXAS, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

---

## COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ N. Joseph Unruh*
         **N. JOSEPH UNRUH**
         Assistant United States Attorney
         Southern District of Texas No. 1571957
         Texas Bar No. 24075198
         1701 W. Bus. Hwy. 83, Suite 600
         McAllen, TX 78501
         Telephone: (956) 618-8010
         Facsimile: (956) 618-8016
         E-mail: Neil.Unruh@usdoj.gov
         Attorney-In-Charge for the United States of America

and

By:    *s/ Chanmealea Thou*
        **CHANMEALEA THOU**
        Assistant United States Attorney
        Southern District of Texas No. 3596627
        California Bar No. 326469
        11204 McPherson Road, Suite 100A
        Laredo, Texas 78045
        Telephone: (956) 721-4977
        Facsimile: (956) 992-9425
        E-mail: Chanmealea.Thou2@usdoj.gov
        Attorney for the United States of America

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said properties are taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**<u>SCHEDULE C</u>**

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tracts:  RGV-RGC-6028 and RGV-RGC-7006-1
Owner:  City of Rio Grande City, Texas
Acres:  11.1

Tract: RGV-RGC-6028

**Being** a 9.942 acre tract (433,058 sq ft) parcel of land, more or less, being out of a calculated 80.875 acres, in Porcion No. 77, in Starr County, Texas conveyed to City of Rio Grande City, Texas, Volume 981, Page 326. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker PHR-214-0021, having the following NAD83 (2011) Grid Coordinates N=16661294.34, E=866271.73; Thence S57°34'27"E a distance of 1780.50 feet to a found 1/2" iron rod at the Northeast corner of the E & S River Farm, LTD Tract 1, Volume 1340, Page 175 and the Northwest corner of the City of Rio Grande City, Texas tract, Volume 981, Page 326 and on the East line of Porcion No. 76 and on the West line of Porcion No. 77, for the **Point of Commencement,** having the following coordinates: N=16660339.62, E=867774.62.

**Thence:** S09°06'11"W along said Porcion line, along the East line of the E & S River Farm, LTD Tract 1, Volume 1340, Page 175 and the West line of the City of Rio Grande City, Texas tract, Volume 981, Page 326, a distance of 1029.31 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6027-8=6028-1, for the **Point of Beginning,** having the following coordinates: N=16659323.28, E=867611.78, said point being on the Northern boundary of the parcel herein described.

**Thence:** N82°56'21"E departing said property line, departing said Porcion line, crossing the center of Samuels Road at 29 feet, crossing an existing barbed wire fence at 56.79 feet, along said Northern boundary, a distance of 416.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-1A for a Point on Line;

**Thence:** N82°56'21"E along said Northern boundary, crossing the center of an existing 10 foot wide dirt road at 93 feet, a distance of 416.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-2 for angle;

**Thence:** N82°37'13"E along said Northern boundary, crossing the center of an existing 19 foot wide dirt road at 5 feet, a distance of 357.48 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-2A for a Point on Line;

## SCHEDULE C (Cont.)

**Thence:** N82°37'13"E along said Northern boundary, crossing the center of an existing 10 foot wide dirt road at 222 feet, a distance of 357.48 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-2B for a Point on Line;

**Thence:** N82°37'13"E along said Northern boundary, crossing the center of an existing 12 foot wide dirt road at 275 feet, to an existing barbed wire fence line, a distance of 357.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028- 3=6067-5 for angle, said point being on the East line of the City of Rio Grande City, Texas tract, Volume 981, Page 326 and on the West line of the Jorge Chapa tract, Volume 734, Page 226;

**Thence:** S04°30'29"W departing said Northern boundary, along said property line, along said fence, a distance of 140.08 feet to a found iron rod designated as RGV-RGC-6028-4=6067-4 for angle, said point being at the Southwest corner of the Jorge Chapa tract, Volume 734, Page 226;

**Thence:** N61°10'10"E along the South line of the Jorge Chapa tract, Volume 734, Page 226 and the East line of the City of Rio Grande City, Texas tract, Volume 981, Page 326, departing said fence, a distance of 40.18 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-5=6067-3 for angle;

**Thence:** N72°53'18"E along said property line, to an existing barbed wire fence corner, a distance of 276.50 feet to iron pipe designated as RGV-RGC-6028-6=6031-5=6067-2 for angle, said point being the Southeast corner of the Jorge Chapa tract, Volume 734, Page 226 and on the West line of the Garza Delfino Jr & Nora R Delfino tract, Volume 1085, Page 662 and on the East line of the City of Rio Grande City, Texas tract, Volume 981, Page 326;

**Thence:** S07°16'21"W along the East line of the City of Rio Grande City, Texas tract, Volume 981, Page 326 and the West line of the Garza Delfino Jr & Nora R Delfino tract, Volume 1085, Page 662, departing said fence corner, a distance of 129.46 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-7=6031-4 for angle, said point being on the Southern boundary of the parcel herein described;

**Thence:** S77°07'20"W departing said property line, along said Southern boundary, crossing the center of an existing 8 foot wide dirt road at 10 feet, a distance of 95.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-8 for angle;

## SCHEDULE C (Cont.)

**Thence:** S82°37'13"W along said Southern boundary, crossing the center of an existing 15 foot wide dirt road at 292 feet, a distance of 408.91 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-8A for a Point on Line;

**Thence:** S82°37'13"W along said Southern boundary, crossing the center of an existing 12 foot wide dirt road at 126 feet, a distance of 408.91 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-8B for a Point on Line;

**Thence:** S82°37'13"W along said Southern boundary, a distance of 408.91 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-9 for angle;

**Thence:** S82°56'21"W along said Southern boundary, crossing the center of an existing 20 foot dirt road at 43 feet, a distance of 447.24 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6028-9A for a Point on Line;

**Thence:** S82°56'21"W along said Southern boundary, crossing an existing barbed wire fence at 390.95 feet, crossing the center of Samuels Road at 419 feet, a distance of 447.24 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-6027-9=6028-10 for angle, said point being on the East line of Porcion No. 76 and on the West line of Porcion No. 77 and on the East line of the E & S River Farm, LTD Tract 3, Volume 1190, Page 762 and the West line of the City of Rio Grande City, Texas tract, Volume 981, Page 326;

**Thence:** N09°05'10"E along said property line, along said Porcion line, departing said Southern boundary, a distance of 218.62 feet returning to the **Place of Beginning.**

## SCHEDULE C (Cont.)

Tract:  RGV-RGC-7006-1

**Being** a 1.158 acre tract (50,448 sq ft) parcel of land, more or less, being a tract in Porcion No. 80, in Starr County, Texas conveyed to Starr County Water Control & Improvement District No. 2, Volume 373, Page 548, then conveyed to the City of Rio Grande in Volume 1391, Page 359. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-02 2019, having the following NAD83 (2011) Grid Coordinates N=16657957.37, E=887199.16; Thence N60°19'17"W a distance of 3304.56 feet to a found 1" iron pipe designated as RGV-RGC-7001-3=7001-1-1=7006-1=7006-1-1, at the Northeast corner of the City of Rio Grande tract, Volume 1391, Page 359 and the Southeast corner of the Rio Grande City Independent School District tract, Volume 151, Page 275 and the Northwest corner of the Rio Grande City Consolidated Independent School District  tract, Volume 546, Page 796 and the Southwest corner of the City of Rio Grande tract, Volume 1391, Page 359, for the **Point of Commencement,** and the **Point of Beginning,** having the following coordinates: N=16659593.58, E=884328.11.

**Thence:** S19°57'48"E along the South line of the Rio Grande City Consolidated Independent School District  tract, Volume 546, Page 796 and the North line of the City of Rio Grande tract, Volume 1391, Page 359, crossing the center of an existing 21 foot wide gravel road at 103 feet, a distance of 145.15 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7001-1-5A=7006-1-1A for a Point on Line, said point being on the North line of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651 and on the North line of the City of Rio Grande tract, Volume 1391, Page 359 and on the South line of the Rio Grande City Consolidated Independent School District tract, Volume 546, Page 796;

**Thence:** S19°57'48"E along said property line, a distance of 1.65 feet to a point designated as RGV-RGC-7001-1-5=7006-1-2 for angle;

**Thence:** S51°27'13"E along said property line, a distance of 1.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7001-1-4B=7006-1-2A for a Point on Line;

## SCHEDULE C (Cont.)

**Thence:** S51°27'13"E along the South line of the Rio Grande City Consolidated Independent School District tract, Volume 546, Page 796 and the North line of the City of Rio Grande tract, Volume 1391, Page 359, a distance of 66.08 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7001-1-4A=7006-1-2B for a Point on Line, said point being on the North line of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651;

**Thence:** S51°27'13"E along the South line of the Rio Grande City Consolidated Independent School District tract, Volume 546, Page 796 and the North line of the City of Rio Grande tract, Volume 1391, Page 359, to an existing chain link fence, a distance of 495.33 feet to a point designated as RGV-RGC-7001-1-4=7006-1-3 for angle, said point being the Southeast corner of the Rio Grande City Consolidated Independent School District tract, Volume 546, Page 796 and on the East line of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651;

**Thence:** S41°13'37"W along the East line of the City of Rio Grande tract, Volume 1391, Page 359 and the East line of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651, departing said fence, a distance of 16.19 feet to a found I beam designated as RGV-RGC-7006-1-3A, for a Point on Line;

**Thence:** S41°13'37"W along said property line, a distance of 18.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7006-1-3B, for a Point on Line, said point being the Southeast corner of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651 and on the West line of the Rio Grande City Independent School District tract, Volume 151, Page 275 and on the East line of the City of Rio Grande tract, Volume 1391, Page 359;

**Thence:** S41°13'37"W along the East line of the City of Rio Grande tract, Volume 1391, Page 359 and the West line of the Rio Grande City Independent School District tract, Volume 151, Page 275, to the North bank of the Rio Grande River, a distance of 43.45 feet to a point designated as RGV-RGC-7006-1-4, for angle, said point being the Southwest corner of the Rio Grande City Independent School District tract, Volume 151, Page 275 and the Southeast corner of the City of Rio Grande tract, Volume 1391, Page 359;

**Thence:** N52°11'35"W along the South line of the City of Rio Grande tract, Volume 1391, Page 359, along said North bank, a distance of 283.74 feet to a point designated as RGV-RGC-7006-1-5, for angle;

**Thence:** N73°33'45"W along said property line, along said North bank, a distance of 80.56 feet to a point designated as RGV-RGC-7006-1-6, for angle;

## SCHEDULE C (Cont.)

**Thence:** N57°49'17"W along said property line, along said North bank, a distance of 144.19 feet to a point designated as RGV-RGC-7006-1-7, for angle;

**Thence:** N74°05'03"W along said property line, along said North bank, a distance of 128.98 feet to a point designated as RGV-RGC-7006-1-8, for angle;

**Thence:** N45°01'25"W along said property line, along said North bank, a distance of 106.08 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7001-4=7006-1-9, for angle, said point being the Southwest corner of the City of Rio Grande tract, Volume 1391, Page 359 and the East line of the Rio Grande City Independent School District tract, Volume 151, Page 275;

**Thence:** N48°13'58"E departing said North bank, along the East line of the Rio Grande City Independent School District tract, Volume 151, Page 275 and the West line of the City of Rio Grande tract, Volume 1391, Page 359, a distance of 144.64 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7001-3B=7006-1-9A for a Point on Line, said point being the Southwest corner of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651 and the Southeast corner of the United States of America tract, RGV-RGC-2010, Doc.# 2019-347651;

**Thence:** N48°13'58"E along the East line of the Rio Grande City Independent School District tract, Volume 151, Page 275 and the West line of the City of Rio Grande tract, Volume 1391, Page 359, and the West line of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651 and the East line of the United States of America tract, RGV-RGC-2010, Doc.# 2019-347651, a distance of 60.30 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7001-3A=7006-1-9B for a Point on Line, said point being the Northwest corner of the United States of America tract, RGV-RGC-2039, Doc.# 2019-347651 and the Northeast corner of the United States of America tract, RGV-RGC-2010, Doc.# 2019-347651 and on the East line of the Rio Grande City Independent School District tract, Volume 151, Page 275 and the West line of the City of Rio Grande tract, Volume 1391, Page 359;

**Thence:** N48°13'58"E along the East line of the Rio Grande City Independent School District tract, Volume 151, Page 275 and the West line of the City of Rio Grande tract, Volume 1391, Page 359, crossing the center of an existing 22 foot wide gravel road at 16 feet, a distance of 41.01 feet returning to the **Place of Beginning.**

**Containing** 1.985 acres (86,481 sq. ft.), Save and Except a portion of the United States of America RGV-RGC-2039 tract, Doc.# 2019-347651, containing 0.827 acres (36,033 sq. ft.), for an aggregate acreage of 1.158 acres (50,448 sq. ft.).

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

**LAND TO BE CONDEMNED**



# SCHEDULE D (Cont.)



RGV-RGC-6028
9.942 AC.
433,058 SQ. FT.

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



**LEGEND:**

| | | | |
|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | GAS LINE |
| ◆ | SET MONUMENT | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | EDGE OF RIPRAP |
| △ | CONTROL POINT | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | EDGE OF VEGETATION (TYPE NOTED) |
| | ACQUISITION BOUNDARY | UNDERGROUND FIBER OPTIC LINE | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | PROPOSED ACQUISITION BOUNDARY (PF225) | CATCH BASIN | S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| | EASEMENT LINE | STORM GRATE | S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| | PROPERTY LINE | STORM SEWER VALVE | W | WITH |
| | PORCION LINE | STORM MANHOLE | UNK. | UNKNOWN |
| | EXISTING WALL | STORM SEWER | ALUM. | ALUMINUM |
| | LEVEE TOP BANK | CULVERT | CONC. | CONCRETE |
| | LEVEE TOE | HEADWALL AND WINGWALL | CULV. | CULVERT |
| | EDGE OF ROAD (TYPE NOTED) | TOP OF DITCH | POC | POINT OF COMMENCEMENT |
| | GUARD RAIL | BOTTOM OF DITCH | POB | POINT OF BEGINNING |
| | | EDGE OF WATER | PG. | PAGE |
| | SAVE AND EXCEPT AREA | WATER PUMP | VOL. | VOLUME |
| | EDGE OF SIDEWALK | MONITORING WELL | MON | MONUMENT |
| | BUILDING OUTLINE (SEE LABEL) | WATER VALVE | FIP | FOUND IRON PIPE |
| | FENCE (TYPE NOTED) | WATER METER | FIR | FOUND IRON ROD |
| | EDGE OF STRUCTURE (SEE LABEL) | HYDRANT | CPS | COTTON PICKER SPINDLE |
| | BRIDGE OUTLINE | WATER EXTINGUISHER/FAUCET/SPICKET | DIS | DISTURBED |
| | OVERHEAD ELECTRICAL LINE | WATER MANHOLE | 1STFR | 1 STORY FRAME HOUSE |
| | UNDERGROUND ELECTRICAL LINE | WATER LINE | 2STFR | 2 STORY FRAME HOUSE |
| ☐⊣ | LIGHT POLE | LIFT STATION | 1STBR | 1 STORY BRICK HOUSE |
| ○ | UTILITY POLE | PUMP STATION | 2STBR | 2 STORY BRICK HOUSE |
| | GUY END | SEWER CLEAN OUT | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | GUY POLE | SEWER MANHOLE | 2STCB | 2 STORY COMMERCIAL BUILDING |
| Ⓙ | JUNCTION BOX | SEWER WATER PUMP | 1STSB | 1 STORY STORE BUILDING |
| Ⓔ | ELECTRICAL MANHOLE | SANITARY SEWER VAULT | 2STSB | 2 STORY STORE BUILDING |
| Ⓜ | ELECTRICAL METER | SANITARY SEWER LINE | SHDWF | SHED WOOD FRAME |
| PB | ELECTRICAL PULL BOX | GAS TANK | SHDBR | SHED BRICK |
| ⊠ | TRANSMISSION TOWER | GAS VALVE | CLF | CHAIN LINK FENCE |
| Ⓢ | SUBSTATION | GAS METER | WF | WOODEN FENCE |
| T | ELECTRICAL TRANSFORMER | GAS LINE MARKER | SBF | STONE OR BRICK FENCE |
| Ⓒ | COMMUNICATIONS/TELEPHONE MANHOLE | GAS VAULT | BWF | BARBED WIRE FENCE |

**GENERAL SURVEYOR'S NOTES:**
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999497231 (E.G. GRID X 0.9999497231 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 18, 2019 (TICKET NO. 1985258452).



| SHEET NO. | METES & BOUNDS SURVEY |
|---|---|
| 9 OF 10 | CITY OF RIO GRANDE CITY, TEXAS |
| | TRACT NO. RGV-RGC-6028 |
| | STARR COUNTY          TEXAS |

| DRAWN BY: | JP | 12/19 |
| CHECKED BY: | WRG | 12/19 |
| SURVEY DATE: | | 12/19 |
| PLOT DATE: | | 12/19 |
| SHEET SIZE: | ANSI-A |

| MARK | DESCRIPTION | DATE | APPR |
|---|---|---|---|
| | | | |

BORDER WALL TASK ORDER: 003
CONTRACT NO : W912PF-15-D-0012





US Army Corps of Engineers®

EMC, INC. PROJECT NO.: 19035

## SCHEDULE D (Cont.)

| PARCEL TABLE | | | | |
|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-6027-8=6028-1 | 16659323.28 | 867611.78 | | |
| L1 | | | | 416.55' | N82°56'21"E |
| P2 | RGV-RGC-6028-1A | 16659374.48 | 868025.17 | | |
| L2 | | | | 416.55' | N82°56'21"E |
| P3 | RGV-RGC-6028-2 | 16659425.69 | 868438.56 | | |
| L3 | | | | 357.48' | N82°37'13"E |
| P4 | RGV-RGC-6028-2A | 16659471.60 | 868793.08 | | |
| L4 | | | | 357.48' | N82°37'13"E |
| P5 | RGV-RGC-6028-2B | 16659517.52 | 869147.60 | | |
| L5 | | | | 357.49' | N82°37'13"E |
| P6 | RGV-RGC-6028-3=6067-5 | 16659563.44 | 869502.12 | | |
| L6 | | | | 140.08' | S04°30'29"W |
| P7 | RGV-RGC-6028-4=6067-4 | 16659423.79 | 869491.11 | | |
| L7 | | | | 40.18' | N61°10'10"E |
| P8 | RGV-RGC-6028-5=6067-3 | 16659443.16 | 869526.31 | | |
| L8 | | | | 276.50' | N72°53'18"E |
| P9 | RGV-RGC-6028-6=6031-5=6067-2 | 16659524.52 | 869790.57 | | |
| L9 | | | | 129.46' | S07°16'21"W |
| P10 | RGV-RGC-6028-7=6031-4 | 16659396.10 | 869774.18 | | |
| L10 | | | | 95.05' | S77°07'20"W |
| P11 | RGV-RGC-6028-8 | 16659374.92 | 869681.52 | | |
| L11 | | | | 408.91' | S82°37'13"W |
| P12 | RGV-RGC-6028-8A | 16659322.39 | 869275.99 | | |
| L12 | | | | 408.91' | S82°37'13"W |
| P13 | RGV-RGC-6028-8B | 16659269.87 | 868870.47 | | |
| L13 | | | | 408.91' | S82°37'13"W |
| P14 | RGV-RGC-6028-9 | 16659217.35 | 868464.95 | | |
| L14 | | | | 447.24' | S82°56'21"W |
| P15 | RGV-RGC-6028-9A | 16659162.37 | 868021.10 | | |
| L15 | | | | 447.24' | S82°56'21"W |
| P16 | RGV-RGC-6027-9=6028-10 | 16659107.40 | 867577.25 | | |
| L16 | | | | 218.62' | N09°05'10"E |





SHEET NO. 10 OF 10

METES & BOUNDS SURVEY
CITY OF RIO GRANDE CITY, TEXAS
TRACT NO. RGV-RGC-6028
STARR COUNTY          TEXAS

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9126F-15-D-0012

US Army Corps of Engineers

EMC, INC. PROJECT NO.: 19036

## SCHEDULE D (Cont.)



JOSEPH ANTONIO DE LA GARZA FALCON SURVEY  ABSTRACT NO. 74, PORCION 80, STARR COUNTY, TEXAS

**LEGEND:**

| | |
|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) |
| △ | CONTROL POINT |
| | ACQUISITION BOUNDARY |
| | PROPOSED ACQUISITION BOUNDARY |
| | PROPERTY LINE |
| | PORCION LINE |
| | SAVE AND EXCEPT AREA |
| S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| W/ | WITH |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| CPS | COTTON PICKER SPINDLE |
| MON | MONUMENT |
| DIS | DISTURBED |

**AREA TABLE**

| AREA | | ACRES |
|---|---|---|
| TAKING TRACT | + | ±1.985 |
| SAVE AND EXCEPT - | | ±0.827 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | + | ±0.000 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | + | ±0.000 |
| PARENT TRACT | = | ±1.158 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | | ±0.000 |

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.

WILLIAM BRADLEY GRAY
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6478

STATE OF TEXAS
WILLIAM BRADLEY GRAY
6478
PROFESSIONAL LAND SURVEYOR

| SHEET NO. | METES & BOUNDS SURVEY | |
|---|---|---|
| 5 OF 8 | CITY OF RIO GRANDE | |
| | TRACT NO. RGV-RGC-7006-1 | |
| | STARR COUNTY          TEXAS | |

| DRAWN BY: | JP | 1/20 |
| CHECKED BY: | WBG | 1/20 |
| SURVEY DATE: | | 12/19 |
| PLOT DATE: | | 1/20 |
| SHEET SIZE: | ANSI-A | |

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|
| 01 | REVISIONS | 2/26/20 | |
| 02 | REVISIONS | 9/11/20 | |

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9126F-15-D-0012

US Army Corps of Engineers

EMC, INC. PROJECT NO.: 19036

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description | | Symbol | Description | | Symbol | Description |
|---|---|---|---|---|---|---|---|
| ⊙ | FOUND MONUMENT (AS NOTED) | | | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | | | GAS LINE |
| ◆ | SET MONUMENT | | | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | | EDGE OF RIPRAP |
| △ | CONTROL POINT | | | UNDERGROUND COMMUNICATION/TELEPHONE LINE | | | EDGE OF VEGETATION (TYPE NOTED) |
| | ACQUISITION BOUNDARY | | | UNDERGROUND FIBER OPTIC LINE | | | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | PROPOSED ACQUISITION BOUNDARY | | | CATCH BASIN | | S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| | EASEMENT LINE | | | STORM GRATE | | S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| | PROPERTY LINE | | | STORM SEWER VALVE | | W | WITH |
| | PORCION LINE | | | STORM MANHOLE | | UNK. | UNKNOWN |
| | EXISTING WALL | | | STORM SEWER | | ALUM. | ALUMINUM |
| | LEVEE TOP BANK | | | CULVERT | | CONC. | CONCRETE |
| | LEVEE TOE | | | HEADWALL AND WINGWALL | | CULV. | CULVERT |
| | EDGE OF ROAD (TYPE NOTED) | | | TOP OF DITCH | | POC | POINT OF COMMENCEMENT |
| | GUARD RAIL | | | BOTTOM OF DITCH | | POB | POINT OF BEGINNING |
| | SAVE AND EXCEPT AREA | | | EDGE OF WATER | | PG. | PAGE |
| | EDGE OF SIDEWALK | | | WATER PUMP | | VOL. | VOLUME |
| | BUILDING OUTLINE (SEE LABEL) | | | MONITORING WELL | | MON | MONUMENT |
| | FENCE (TYPE NOTED) | | | WATER VALVE | | FIP | FOUND IRON PIPE |
| | EDGE OF STRUCTURE (SEE LABEL) | | | WATER METER | | FIR | FOUND IRON ROD |
| | BRIDGE OUTLINE | | | HYDRANT | | CPS | COTTON PICKER SPINDLE |
| | OVERHEAD ELECTRICAL LINE | | | WATER EXTINGUISHER/FAUCET/SPICKET | | DIS | DISTURBED |
| | UNDERGROUND ELECTRICAL LINE | | | WATER MANHOLE | | 1STFR | 1 STORY FRAME HOUSE |
| | LIGHT POLE | | | WATER LINE | | 2STFR | 2 STORY FRAME HOUSE |
| | UTILITY POLE | | | LIFT STATION | | 1STBR | 1 STORY BRICK HOUSE |
| | GUY END | | | PUMP STATION | | 2STBR | 2 STORY BRICK HOUSE |
| | GUY POLE | | | SEWER CLEAN OUT | | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | JUNCTION BOX | | | SEWER MANHOLE | | 2STCB | 2 STORY COMMERCIAL BUILDING |
| | ELECTRICAL MANHOLE | | | SEWER WATER PUMP | | 1STSB | 1 STORY STORE BUILDING |
| | ELECTRICAL METER | | | SANITARY SEWER VAULT | | 2STSB | 2 STORY STORE BUILDING |
| | ELECTRICAL PULL BOX | | | SANITARY SEWER LINE | | SHDWF | SHED WOOD FRAME |
| | TRANSMISSION TOWER | | | GAS TANK | | SHDBR | SHED BRICK |
| | SUBSTATION | | | GAS VALVE | | CLF | CHAIN LINK FENCE |
| | ELECTRICAL TRANSFORMER | | | GAS METER | | WF | WOODEN FENCE |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | | GAS LINE MARKER | | SBF | STONE OR BRICK FENCE |
| | | | | GAS VAULT | | BWF | BARBED WIRE FENCE |

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.99995187 (E.G. GRID X 0.999951877 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON DECEMBER 18, 2019 (TICKET NO. 1985258452).

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP 1/20 | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| | | CHECKED BY: WBG 1/20 | 01 | REVISIONS | 2/26/20 | | | |
| 7 OF 8 | CITY OF RIO GRANDE | SURVEY DATE: 12/19 | 02 | REVISIONS | 9/11/20 | |  |  |
| | | PLOT DATE: 1/20 | | | | | | US Army Corps |
| | TRACT NO. RGV-RGC-7006-1 | SHEET SIZE: ANSI-A | BORDER WALL TASK ORDER: 003 | | | | | of Engineers® |
| | STARR COUNTY          TEXAS | | CONTRACT NO.: W9126F-15-D-0012 | | | | | |

EMC, INC. PROJECT NO.: 19035

## SCHEDULE D (Cont.)

| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-7001-3=7001-1-1=7006-1=7006-1-1 | 16659593.58 | 884328.11 | | |
| L1 | | | | 145.15' | S19°57'48"E |
| P2 | RGV-RGC-7001-1-5A=7006-1-1A | 16659457.15 | 884377.66 | | |
| L2 | | | | 1.65' | S19°57'48"E |
| P3 | RGV-RGC-7001-1-5=7006-1-2 | 16659455.60 | 884378.23 | | |
| L3 | | | | 1.78' | S51°27'13"E |
| P4 | RGV-RGC-7001-1-4B=7006-1-2A | 16659454.49 | 884379.62 | | |
| L4 | | | | 66.08' | S51°27'13"E |
| P5 | RGV-RGC-7001-1-4A=7006-1-2B | 16659413.31 | 884431.30 | | |
| L5 | | | | 495.33' | S51°27'13"E |
| P6 | RGV-RGC-7001-1-4=7006-1-3 | 16659104.65 | 884818.70 | | |
| L6 | | | | 16.19' | S41°13'37"W |
| P7 | RGV-RGC-7006-1-3A | 16659092.47 | 884808.04 | | |
| L7 | | | | 18.49' | S41°13'37"W |
| P8 | RGV-RGC-7006-1-3B | 16659078.57 | 884795.85 | | |
| L8 | | | | 43.45' | S41°13'37"W |
| P9 | RGV-RGC-7006-1-4 | 16659045.89 | 884767.22 | | |
| L9 | | | | 283.74' | N52°11'35"W |
| P10 | RGV-RGC-7006-1-5 | 16659219.82 | 884543.04 | | |
| L10 | | | | 80.56' | N73°33'45"W |
| P11 | RGV-RGC-7006-1-6 | 16659242.61 | 884465.77 | | |
| L11 | | | | 144.19' | N57°49'17"W |
| P12 | RGV-RGC-7006-1-7 | 16659319.40 | 884343.73 | | |
| L12 | | | | 128.98' | N74°05'03"W |
| P13 | RGV-RGC-7006-1-8 | 16659354.77 | 884219.70 | | |
| L13 | | | | 106.08' | N45°01'25"W |
| P14 | RGV-RGC-7001-4=7006-1-9 | 16659429.75 | 884144.66 | | |
| L14 | | | | 144.64' | N48°13'58"E |
| P15 | RGV-RGC-7001-3B=7006-1-9A | 16659526.10 | 884252.54 | | |
| L15 | | | | 60.30' | N48°13'58"E |
| P16 | RGV-RGC-7001-3A=7006-1-9B | 16659566.26 | 884297.52 | | |
| L16 | | | | 41.01' | N48°13'58"E |

| SHEET NO.<br><br>8 OF 8 | METES & BOUNDS SURVEY<br>CITY OF RIO GRANDE<br><br>TRACT NO. RGV-RGC-7006-1<br>STARR COUNTY          TEXAS | DRAWN BY:<br>JP         1/22<br>CHECKED BY:<br>IMIG       1/22<br>SURVEY DATE:<br>12/19<br>PLOT DATE:<br>1/22<br>SHEET   ANSI-A<br>SIZE: | MARK | DESCRIPTION | DATE | APPR.<br>01 | REVISIONS | 2/26/20<br>02 | REVISIONS | 9/11/20<br><br>BORDER WALL TASK ORDER: 003<br>CONTRACT NO.: W9126F-15-D-0012 |  |  US Army Corps<br>of Engineers |

EMC, INC. PROJECT NO. 19036

Tracts:  RGV-RGC-6028 and RGV-RGC-7006-1
Owner:  City of Rio Grande City, Texas
Acreage:  11.1

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-6028
Owner:  City of Rio Grande City, Texas
Acres:  9.942

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of property described in conveyance recorded in the Deed Records of Starr County, Texas, Volume 0981, page 326, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



**SCHEDULE E (Cont.)**

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-7006-1
Owner:  City of Rio Grande City, Texas
Acres:  1.158

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FORTY TWO

THOUSAND THREE HUNDRED TWENTY-FIVE DOLLARS AND NO/100

($42,325.00), to be deposited herewith in the Registry of the Court for the use and benefit

of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **City of Rio Grande City, Texas c/o The Honorable Joel Villarreal, Mayor** 5332 East Highway 83 Rio Grande City, Texas 78582 | **RGV-RGC-6028** Warranty Deed, Document # 2003-233818 Recorded on November 18, 2003, at Volume 981, Page 326, in Deed Records of Starr County **RGV-RGC-7006-1** Starr County Water Control and Improvement District No. 2 v. Rio Grande City, 961 S.W.2d 607 (Tex.App.1997) Certain Order in Cause No. DC-97-198 dated August 27, 2013, Volume 1391, Page 359. |
| **Ameida Salinas** Starr County Tax Assessor & Collector 100 N FM 3167, Room 201 Rio Grande City, Texas 78582 | Property Taxes |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N. Joseph Unruh, United States Attorney's Office, Southern District of Texas, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX  78501

## DEFENDANTS

11.1 Acres of Land, More of Less, Situate in Starr County, State of Texas; and the City of Rio Grande City, Texas, et. al.

County of Residence of First Listed Defendant    Starr
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from Another District *(specify)*
☐ 6  Multidistrict Litigation - Transfer
☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114
Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____     DOCKET NUMBER _____

DATE
12/17/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ N. Joseph Unruh

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____