United States District Court
Southern District of Texas
**ENTERED**
October 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 7:20-cv-00416 |
| 11.1 ACRES OF LAND, more or less, in | § | |
| STARR COUNTY, TEXAS; et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Stipulation for Revestment and Motion for Entry of Final Judgment" entered by Plaintiff the United States of America (United States) and Defendant City of Rio Grande City, Texas (Rio Grande City).[1] Because the stipulation and motion for entry of final judgment are signed by all parties in this case, the Court **GRANTS** the parties' motion and enters a separate final judgment pursuant to the parties' stipulation.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 13th day of October 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 19.